David P. Mastagni (SBN 57721)
Amanda Uhrhammer (SBN 199445)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

Michael Von Loewenfeldt
Holly Hogan
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105-1528

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| DON MAFFEI, Jr.; SHELLY MAFFEI; RODNEY NEW; JUDITH ANN NEW; MIKE LUSK; CAROL ANN LUSK; JOHN BRINCKERHOFF;<br><br>Plaintiffs,<br>v.<br><br>ALLSTATE CALIFORNIA INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; ALLSTATE LIFE INSURANCE COMPANY; and Does 1 to 100, inclusive.<br><br>Defendants. | Case No.: 2:05-CV-02197-GEB-PAN<br><br>**STIPULATION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br><br>Hon. Garland E. Burrell, Jr. |

///

///

///

---

STIPULATION AND [PROPOSED] ORDER        CASE NO. 2:05-CV-2197-GEB-PAN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLAINTIFFS DON MAFFEI, Jr., SHELLY MAFFEI, RODNEY NEW, JUDITH ANN NEW, MIKE LUSK, CAROL ANN LUSK, JOHN BRINCKERHOFF and DEFENDANTS ALLSTATE CALIFORNIA INSURANCE COMPANY, ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and ALLSTATE LIFE INSURANCE COMPANY by and through their counsel, hereby stipulate to move the Status (Pretrial Scheduling) Order dates as follows:

**(a)   Expert Exchange:**

The parties propose that initial expert disclosures be moved from July 20, 2006 to October 16, 2006.  The parties propose that the rebuttal expert disclosures be moved from August 20, 2006 to November 16, 2006.

**(b)   Discovery**:

The parties propose that discovery close no sooner than February 1, 2006.

**(c)   Law and Motion Cutoff:**

The parties propose that that law and motion should be heard no later than 60 days before the Final Pre-Trial conference.

**(d)   The Pre-Trial Conference**:

The parties propose that the Final Pre-Trial Conference date be moved from April 23, 2007 to July of 2007.

**(e)   Trial Date:**

The parties propose the trial date be moved from July 24, 2007 to October of 2007.

Good cause exists for the stipulated extensions:

**(a)   The Deadline for Expert Disclosures:**

The parties have filed several law and motion matters.  Currently, the parties are involved in law and motion where Defendant has filed a motion to dismiss the second amended complaint. The extent of law and motion has significantly encroached on the time the parties have been able to

devote to discovery. Moreover, it is a complex action with multiple parties, thereby necessitating even more time to fully investigate the matter.  Furthermore, the parties entered into a protective order to protect proprietary business information of Defendants.  The order was submitted to the Court on or around the end of June of 2006. The protective order has not yet been returned by the Court, thus Defendant has not produced any requested discovery items to Plaintiffs.  This has significantly delayed Plaintiffs ability to pursue their investigation and Plaintiffs have not been able to ascertain whom they would need to depose.. Plaintiffs depositions are scheduled for September of 2006.

For the foregoing reasons, the parties believe good cause exists to extend the deadline for initial expert disclosures to October 16, 2006 and to extend the deadline for rebuttal disclosures to November 16, 2006.

**(b)     The Remaining Pretrial Deadlines**

If initial expert disclosures are postponed until October16, 2006, as requested, that will necessitate the continuance of the remaining pretrial and trial deadlines.  The discovery deadline is currently set for December 20, 2006, which would mean the parties would only have one month from the date of the rebuttal expert disclosures to finish deposing all expert witnesses in the case.  Given the time of year, this would be difficult very to accomplish.  It is very possible that many experts will be unavailable for depositions because of their holiday schedules.  Additionally, Plaintiffs counsel has a conflict and will be out of the country from November 14 through November 26, 2006.  Thus, the parties propose that the discovery deadline be extended to February of 2007.  If the discovery deadline is extended, it follows that the remaining deadlines must also be extended.

///
///
///
///
///

Based on the foregoing, Plaintiffs and Defendants jointly request that the Status (Pretrial Scheduling) Order be altered to reflect the following new timelines:

1. The date of the deadline for initial expert witness disclosure be moved from July 20, 2006 to October 16, 2006.

2. The date of the deadline for rebuttal expert witness disclosure be moved from August 20, 2006 to November 16, 2006.

3. The deadline for the close of discovery moved from December 20, 2006 to a date no sooner than February 1, 2007.

4. The deadline for final law and motion should be no later than 60 days before the Final Pretrial Conference.

5. The Final Pretrial Conference be moved from April 23, 2007 to July of 2007.

6. The Trial date be moved from July 24, 2007 to October of 2007.

IT IS SO STIPULATED.

Respectfully Submitted.

Dated: July 24, 2006                              **MASTAGNI, HOLSTEDT, AMICK,**
                                                  **MILLER, JOHNSEN & UHRHAMMER**

                                                  ____/s/____
                                                  Amanda Uhrhammer
                                                  Attorneys for Plaintiffs

Dated: July 24, 2006                              **KERR & WAGSTAFFE LLP**

                                                  ____/s/____
                                                  Michael von Loewenfeldt
                                                  Attorneys for Defendants

## ORDER

THE FOREGOING PARTIES HAVING STIPULATED TO AN EXTENSION FOR PRETRIAL DEADLINES, IT IS HEREBY ORDERED that:[1]

1. The deadline for initial expert witness disclosure is re-scheduled to October 16, 2006.
2. The deadline for rebuttal expert witness disclosure is re-scheduled to November 16, 2006.
3. The close of discovery is re-scheduled to March 14, 2007.
4. The deadline for final law and motion is re-scheduled to May 14, 2007.
5. The Final Pretrial Conference is re-scheduled to commence at 2:30 p.m. on July 9, 2007.
6. The Trial date is re-scheduled to October 10, 2007.

Dated: August 15, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The good cause issue is not reached since the parties' request for modifications to the Status (Pretrial Scheduling) Order can be made without adversely affecting the Court's docket.